IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY DAVIS,

    Plaintiff,

v.                            CASE NO. 1:10-cv-00046-MP -GRJ

MICHAEL ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 22, the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The parties agree to the amount of fees and also to the amount of costs.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiff is awarded attorney fees under EAJA in the amount of $3,560.00, subject to any offsetting debt owed by the Plaintiff to the United States.  If the agreement between Plaintiff and Plaintiff's Counsel is such that these fees are assigned to Plaintiff Counsel, any fees or partial fees received by the Plaintiff are to be considered held in trust for, and payable to, Plaintiff's Counsel.

Plaintiff is awarded costs in the amount of $350.00.

**DONE AND ORDERED** this *22nd* day of April, 2011

                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge